WALTER N. SMITH, Appellant, et al., Plaintiffs, *v.* WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.

Submitted January 7, 1953; decided January 21, 1953.

*Denis M. Hurley, Corporation Counsel (Victor L. Condello* and *W. Bernard Richland* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.